UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for M&T Bank

Case No: 23-11517 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

In Re:
Richard H. Stinsman a/k/a Richard Harold Stinsman, a/k/a
Richard Stinsman, a/k/a Richard Stinsman, Jr., a/k/a
Richard H. Stinsman, Jr..a/k/a Richard Harold Stinsman, Jr.
Dana C. Stinsman a/k/a Dana Christine Stinsman, a/k/a

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 03/08/2023

/s/ *Denise Carlon*
Denise Carlon
08 Mar 2023, 16:25:11, EST

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 72ac2ca47164eb1d4be03888550c40142bf8fdbe38991d33ac802b95dc55d5d9