Certificate Number: 06167-NJ-DE-037264605

Bankruptcy Case Number: 23-11517



06167-NJ-DE-037264605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2023, at 4:13 o'clock PM CDT, Richard Stinsman completed a course on personal financial management given by internet by Hananwill Financial Education Services, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 15, 2023                By:   /s/Jay W Prindable

                                      Name: Jay W Prindable

                                      Title: President - Instructor