Certificate Number: 02470-NJ-DE-037339316

Bankruptcy Case Number: 23-11517



02470-NJ-DE-037339316

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2023, at 12:37 o'clock PM EDT, Dana C Stinsman completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  April 12, 2023

By:  /s/Kathy Mills

Name:  Kathy Mills

Title:  TENS Instructor