Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−11517−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard H. Stinsman | Dana C. Stinsman |
| aka Richard Stinsman, aka Richard Harold | aka Dana Christine Stinsman, aka Dana |
| Stinsman, aka Richard Stinsman Jr., aka | Stinsman |
| Richard Harold Stinsman Jr., aka Richard | 609 Fern Ave. |
| H. Stinsman Jr. | Magnolia, NJ 08049 |
| 609 Fern Ave. | |
| Magnolia, NJ 08049 | |

Social Security No.:
  xxx−xx−9179                            xxx−xx−0523

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 10, 2023.

Dated: May 10, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11517-ABA |
| Richard H. Stinsman | Chapter 13 |
| Dana C. Stinsman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 10, 2023 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard H. Stinsman, Dana C. Stinsman, 609 Fern Ave., Magnolia, NJ 08049-1219 |
| 519846459 | + | Annie Q. Anjum, Esquire, Tenaglia & Hunt, PA, 395 West Passaic St., Rochelle Park, NJ 07662-3016 |
| 519846463 | + | Borough of Magnolia, Tax Office, 438 West Evesham Ave, Magnolia, NJ 08049-1725 |
| 519846473 | + | Leopold & Associates, PLLC, Attn: Matthew Siti, Esq., 80 Business Park Dr., Suite 110, Armonk, NY 10504-1704 |
| 519846482 | + | Tesla Solar Lease, PO Box 3500, Draper, UT 84020-3500 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519846460 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2023 20:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519893434 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 10 2023 20:39:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519846461 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 10 2023 20:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519846467 | + | Email/Text: documentfiling@lciinc.com | May 10 2023 20:39:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 519846465 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2023 20:55:46 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519846466 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2023 20:56:24 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519855572 | | Email/Text: mrdiscen@discover.com | May 10 2023 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519846468 | + | Email/Text: mrdiscen@discover.com | May 10 2023 20:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519846469 | ^ | MEBN | May 10 2023 20:34:34 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519846470 | ^ | MEBN | May 10 2023 20:35:17 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519854959 | | Email/Text: EBNBKNOT@ford.com | May 10 2023 20:41:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |

| 519846471 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 10 2023 20:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 519846464 | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2023 20:55:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519865080 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 10 2023 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519861440 | + Email/Text: RASEBN@raslg.com | May 10 2023 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519846472 | + Email/Text: PBNCNotifications@peritusservices.com | May 10 2023 20:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519885754 | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2023 20:55:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519846474 | + Email/Text: EBNBKNOT@ford.com | May 10 2023 20:41:00 | Lincoln Automotive Financial Svcs, National Bankruptcy Service Ctr, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 519846475 | Email/Text: camanagement@mtb.com | May 10 2023 20:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519871929 | Email/Text: camanagement@mtb.com | May 10 2023 20:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519901505 | Email/Text: Bankruptcy.Notices@pnc.com | May 10 2023 20:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519846462 | Email/Text: Bankruptcy.Notices@pnc.com | May 10 2023 20:40:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 519892828 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2023 20:42:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519846476 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2023 20:55:48 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519901422 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2023 20:56:06 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519899765 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2023 20:42:51 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 519901421 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 10 2023 20:42:51 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519910088 | + Email/PDF: resurgentbknotifications@resurgent.com | May 10 2023 20:56:20 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519888578 | Email/Text: bnc-quantum@quantum3group.com | May 10 2023 20:41:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519846478 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 10 2023 20:40:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519846479 | + Email/Text: bankruptcy@sw-credit.com | May 10 2023 20:41:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 519846477 | + Email/Text: cs@securitycreditservicesllc.com | May 10 2023 20:40:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 519848094 | + Email/PDF: gecsedi@recoverycorp.com | May 10 2023 20:55:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519846480 | + Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-1                               User: admin                                          Page 3 of 3
Date Rcvd: May 10, 2023                     Form ID: plncf13                                Total Noticed: 43

| | | May 10 2023 20:42:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 519846481 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 10 2023 21:06:48 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519846483 | ^ MEBN | | |
| | | May 10 2023 20:34:15 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner | |
| | on behalf of Joint Debtor Dana C. Stinsman tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | |
| | on behalf of Debtor Richard H. Stinsman tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5