Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-11517 (ABA)

Richard H. Stinsman and Dana C. Stinsman  
609 Fern Ave.  
Magnolia, NJ  08049

Monthly Payment: $850.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/08/2023 | $825.00 | 04/10/2023 | $412.50 | 04/24/2023 | $412.50 | 05/08/2023 | $412.50 |
| 05/22/2023 | $412.50 | 05/23/2023 | $12.50 | 06/08/2023 | $425.00 | 06/23/2023 | $425.00 |
| 07/11/2023 | $425.00 | 07/24/2023 | $425.00 | 08/08/2023 | $425.00 | 08/22/2023 | $425.00 |
| 09/11/2023 | $425.00 | 09/22/2023 | $425.00 | 10/10/2023 | $425.00 | 10/23/2023 | $425.00 |
| 11/08/2023 | $425.00 | 11/22/2023 | $425.00 | 12/08/2023 | $425.00 | 12/27/2023 | $425.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RICHARD H. STINSMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,500.00 | $4,500.00 | $0.00 | $4,500.00 |
| 1 | ANNIE Q. ANJUM, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $2,492.19 | $92.01 | $2,400.18 | $92.01 |
| 3 | BANK OF AMERICA, N.A. | 33 | $3,538.11 | $130.64 | $3,407.47 | $130.64 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,410.03 | $162.83 | $4,247.20 | $162.83 |
| 5 | BOROUGH OF MAGNOLIA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $2,978.15 | $109.96 | $2,868.19 | $109.96 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,017.50 | $148.34 | $3,869.16 | $148.34 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $337.87 | $12.47 | $325.40 | $12.47 |
| 10 | DISCOVER BANK | 33 | $9,073.38 | $335.01 | $8,738.37 | $335.01 |
| 11 | LVNV FUNDING, LLC | 33 | $1,305.11 | $48.18 | $1,256.93 | $48.18 |
| 12 | JPMORGAN CHASE BANK, N.A. | 33 | $2,976.11 | $109.89 | $2,866.22 | $109.89 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | JPMORGAN CHASE BANK, N.A. | 33 | $5,906.08 | $218.07 | $5,688.01 | $218.07 |
| 16 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $12.02 | $12.02 | $0.00 | $12.02 |
| 17 | M & T BANK | 24 | $146.16 | $146.16 | $0.00 | $146.16 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $8,923.89 | $329.49 | $8,594.40 | $329.49 |
| 20 | PNC BANK, N.A. | 33 | $9,884.56 | $364.96 | $9,519.60 | $364.96 |
| 21 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK/AMAZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK/SAMS CLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TESLA SOLAR LEASE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,796.61 | $103.26 | $2,693.35 | $103.26 |
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | DANA C. STINSMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TESLA SOLAR LEASE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $971.00 | $35.85 | $935.15 | $35.85 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2023 | 60.00 | $850.00 |
| 03/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,437.50 |
| Total paid to creditors this period: | $6,859.14 |
| Undistributed Funds on Hand: | $768.40 |
| Arrearages: | $912.50 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**